USDC SCAN INDEX SHEET

RYC 6/9/99 16:06

3:99-CV-00890 HOWELL V. FERNEAU

*3*

*NTCCSDISM.*

Joel M. Pressman, Esq., Bar #054355
John W. Millar, Esq., Bar #156804
KOLODNY & PRESSMAN, A.P.C.
11975 El Camino Real, Suite 201
San Diego, California 92130-2542
619-453-0309

FILED
99 JUN -7 PM 3:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Plaintiffs
Robert M. Howell, Wayne Young, Joseph Barnett, Sharron Barnett, Charles Macbeth and Michael Wickam

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. HOWELL, an individual; WAYNE YOUNG, an individual; JOSEPH BARNETT, an individual; SHARRON BARNETT, an individual; CHARLES MACBETH, an individual; and MICHAEL WICKAM, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>TOM FERNEAU, an individual; GEORGE LOOSCHEN, SR., an individual; GEORGE LOOSCHEN, JR., an individual; LOCATOR INTERNATIONAL, LTD., a Nebraska corporation; and Does 1 to 100, inclusive,<br><br>Defendants. | Case No. 99CV 0890J/LSP<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint filed April 30, 1999 |

NOTICE IS GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action with prejudice.

DATED: June 4, 1999

KOLODNY & PRESSMAN, A.P.C.

By ______________________
Joel M. Pressman
Attorneys for Plaintiffs

3

ENTERED ON 6-9-99